# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| GARY COLLINS | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:09-cv-00296-DW |
| | ) | |
| vs. | ) | Judge Dean Whipple |
| | ) | |
| NIAGARA CREDIT SOLUTIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, GARY COLLINS, my and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

NOTICE OF SETTLEMENT

1

Case 4:09-cv-00296-DW   Document 13   Filed 06/03/10   Page 1 of 2

DATED: June 3, 2010 /s/ Adam C. Maxwell
_____
Adam C. Maxwell
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago, IL 60602
phone: (312) 578-9428
e-mail: amaxwell@consumerlawcenter.com