IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GARY COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 09-00296-CV-W-DW |
| NIAGARA CREDIT SOLUTIONS, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date:   July 12, 2010                                /s/ Dean Whipple
                                                             Dean Whipple
                                                   United States District Judge